*Neal Cone,* senior assistant public defender, in support of the petition.

*Christopher T. Godialis,* assistant state's attorney, in opposition.

Decided September 19, 2002

## STATE OF CONNECTICUT *v.* NELSON COLON

The defendant's petition for certification for appeal from the Appellate Court, 70 Conn. App. 707 (AC 22339), is denied.

*Alice Osedach-Powers,* assistant public defender, in support of the petition.

*Melissa L. Streeto,* special deputy assistant state's attorney, in opposition.

Decided September 19, 2002

## TOWN OF RIDGEFIELD *v.* EPPOLITI REALTY COMPANY, INC.

## JOHN J. GIROLAMETTI ET AL. *v.* EPPOLITI REALTY COMPANY, INC.

The defendant's petition for certification for appeal from the Appellate Court, 71 Conn. App. 321 (AC 20491), is denied.

*Paul L. Bollo,* in support of the petition.

*Robert A. Fuller* and *Patricia C. Sullivan,* in opposition.

Decided September 19, 2002